ACCEPTED
14-14-00239-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/4/2015 12:40:33 PM
CHRISTOPHER PRINE
CLERK

**Appellant's Response to Request**

**Appeal No. 14-14-00239-CV**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/5/2015 10:07:00 AM

CHRISTOPHER A. PRINE
Clerk

**In the Court of Appeals**

**Fourteenth District at Houston Texas**

**Houston, Texas**

_____

**MWM  Appellant**
**v.**
**KMM , Appellee**

_____

**Trial Court Case No. 2003-06447**
**The Honorable Bonnie Crane Hellums**
**247th Judicial District Court, Harris County, Texas**

_____

**Appellant's Response**

Walter P. Mahoney, Jr.
Attorney for Relator
State Bar No.: 12844600
4915 Holly Avenue
Pasadena, Texas 77503
(281) 998-9450
(281) 998-9430
ATTORNEY FOR APPELLANT

*Identity of Parties and Counsel*

The following is a list of all parties and all counsel in this matter:

Appellant: MWM

Trial Court Attorney for Appellant:

Walter P. Mahoney, Jr., 4915 Holly, Pasadena, Texas 77503

Appellee: KMM

Trial Court attorney for Appellee:

Kristen Black, 400 Texas Avenue, Suite C, Webster, Texas 77598

mzim@zimlaw.com

Trial Court Judge:

The Honorable Bonnie Crane Hellums, 247th Judicial District Court, 201 Caroline ,

Houston, Texas 77002

Appeal No. 14-14-00239-CV


In the Court of Appeals
Fourteenth District Court of Texas
Houston, Texas

_____

*MWM v. KMM,*

_____


Trial Court Case No. 2006-45711
The Honorable Bonnie Crane Hellums
247th Judicial District Court, Harris County, Texas

_____


**Appellant's Response**

Walter P. Mahoney, Jr.
Attorney for Appellant
State Bar No.: 12844600
4915 Holly  Avenue
Pasadena, Texas 77503
(281) 998-9450
(281) 998-9430
ATTORNEY FOR APPELLANT

*Statement of the Case*

This Court has requested that the Appellant identify his basis for an appeal of a temporary order in a case under the Family Code. Appellant is not seeking to appeal a temporary order but rather from the trial court's decision to set aside a final agreed order.

1. Before this pending application for a Bill of Review Appellant filed a Petition to Modify his monthly support obligation on January 25, 2011 and alleged a change of circumstances warranted a modification. He further alleged that the modification should be made retroactive to the earlier of the service of citation on Respondent or Respondent's appearance in the lawsuit.

2. Appellant's position in the trial court was that the obligation should be lowered based upon a decrease in his available resources and that the modification was in the best interest of the children.

3. Appellee filed an original answer on November 30, 2011. Appellee further filed a motion to confirm child support arrearage on December 15, 2011 in the same cause. The parties entered an agreed order resolving all pending issues before the trial court on March 5, 2012.

4

Both parent parties had independent counsel of their own choosing and represented that the findings and orders presented were in fact agreed orders.

On April 18, 2013, Appellee then filed this Petition for Bill of Review contending that the Agreed Judgment of March 5, 2012 was secured by fraud and requesting that the Judgment Modifying the Prior order be set aside. Upon the trial the Court granted the bill of review and set aside the judgment modifying the prior order. Contrary to the argument Appellee makes in her brief Appellant contends this is a final judgment from which a direct appeal is allowed. In her request for relief in the trial court below Appellee does not seek or request any additional relief other than the setting aside of the Agreed Order. Appellant contends the evidence did not support the requested relief and that the Bill of Review should have been denied.

This Court has requested that the Appellant identify his basis for an appeal of a temporary order in a case under the Family Code. Appellant is not seeking to appeal a temporary order but rather from the trial court's decision to set aside a final agreed order.

*Prayer*

Wherefore Premises Considered   Relator prays that this Honorable Court, after examining this response and the applicable law reverse the decision of the trial court and remand the case to the trial court for further action consistent with the decision of this Court.

Respectfully submitted,

/s/ Walter P. Mahoney Jr. _____
Walter P. Mahoney, Jr.
Attorney for Appellant
State Bar No.12844600
4915 Holly Avenue
Pasadena, Texas 77503
(281) 998-9450
(281) 998-9430
Attorney for Appellant

## Certificate of Service

I certify that a true copy of this Appellant's Response  was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

KMM, Appellee

Trial Court attorney for Appellee:

Kristen Black, 400 Texas Avenue,  Suite C, Webster, Texas 77598

mzim@zimlaw.com

Method of service: Electronic Service
Date of Service: 1-4-2015

6

/s/ Walter P. Mahoney Jr _____
Walter P. Mahoney, Jr.
Attorney for Appellant